**FORM 3: Notice of Appeal from the United States Court of International Trade**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PRINTING TEXTILES, LLC, DBA BERGER TEXTILES, | ) ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) |
| UNITED STATES, | ) Court No. 1:23-cv-00192 |
| Defendant, | ) ) ) |
| and | ) ) |
| MASTERBRAND CABINETS, INC., | ) ) |
| Defendant-Intervenor. | ) ) ) |

### NOTICE OF APPEAL

Notice is hereby given that the following party, Printing Textiles, LLC, dba Berger Textiles, in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment or an order, Slip Op. No. 24-110, entered in this action on October 8, 2024.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: November 21, 2024 | /s/ Kyl J. Kirby |

Kyl J. Kirby
Kyl J. Kirby, Attorney and
Counselor at Law, P.C.
1400 Lipscomb Street
Fort Worth, Texas 76104
Phone: 214-632-0841
Email: kyl@kirbyfedlaw.com
*Counsel to Printing Textiles, LLC, dba Berger Textiles*