# United States Court of Appeals for the Federal Circuit

---

**PRINTING TEXTILES, LLC, DBA BERGER TEXTILES,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, ECKER TEXTILES, LLC,**
*Defendants-Appellees*

---

2025-1213

---

Appeal from the United States Court of International Trade in No. 1:23-cv-00192-TCS, Senior Judge Timothy C. Stanceu.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 26, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 20, 2026
Date